FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZOME, INC., , *a Washington corporation*<br><br>Plaintiff,<br><br>-vs-<br><br>RUSTY NAMIE and WASHINGTON IMPRESSIONS, INC, *a Washington corporation*<br><br>Defendants. | No.   2:24-CV-00188-JAG<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Pending before the Court is the parties Notice of Settlement and Stipulation of Dismissal With Prejudice. ECF No. 18. The Court infers that the parties intend to move for dismissal. **IT IS HEREBY ORDERED** that all claims by and between Plaintiff and Defendants in the above-entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any party. All hearings and deadlines are **STRICKEN**.

The District Court Executive is directed to file this Order, provide copies to counsel and *pro se* Plaintiff and **CLOSE** this file.

DATED October 21, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1